**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MICHAEL HARA, | No. C 04-04810 JSW |
| Petitioner, | **JUDGMENT** |
| v. | |
| SANTA CLARA SUPERIOR COURT AT SAN JOSE, and BILL LOCKYER, Attorney General of California, | |
| Respondent. | |

For the foregoing reasons stated in the order filed this date, the petition for a writ of habeas corpus is hereby DENIED on the merits.

**IT IS SO ORDERED.**

Dated: April 6, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE