IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MICHAEL HARA,<br><br>    Petitioner,<br><br>  v.<br><br>SANTA CLARA SUPERIOR COURT AT SAN JOSE, and BILL LOCKYER, Attorney General of California,<br><br>    Respondent.<br>_____/ | No. C 04-04810 JSW<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY AND MOTION TO STAY STATE COURT JUDGMENT** |

    This is a habeas case under 28 U.S.C. § 2254 filed by Petitioner Scott Michael Hara regarding his August 2003 conviction for driving under the influence. The petition was denied on the basis that the Petitioner failed to show any violation of his federal constitutional rights in the underlying state criminal proceedings. Petitioner has filed notice of appeal and a request for a certificate of appealability. Petitioner has also filed a motion to stay the state court judgment pending appeal of this Court's order denying his petition.

    A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability

"only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. 28 U.S.C. § 2253(c)(3). "Where a district court has rejected the constitutional claims on the merits the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000).

For the reasons discussed in the order denying the petition, Petitioner has not shown that reasonable jurists would disagree that the claims in his petition are without merit. Accordingly, the application for certificate of appealability is DENIED. The Court FURTHER ORDERS that Petitioner's motion to stay the state court judgment pending appeal of this Court's denial of his petition is DENIED.

**IT IS SO ORDERED.**

Dated: May 1, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE